**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAKA RESEARCH INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Shenzhen Bali Electronic Technology Co., Ltd. Storefront, and bad87hs Storefront,**<br><br>*Defendants.* | Civil Action No: 22-cv-03150<br><br>Honorable Valerie E. Caproni<br><br>Honorable Magistrate Judge Barbara C. Moses |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Pursuant to 35 U.S.C. § 271, Plaintiff, Daka Research Inc. ("Plaintiff" or "Daka") hereby moves this Honorable Court for entry of a preliminary injunction order against *Shenzhen Bali Electronic Technology Co., Ltd.* Storefront ("Bali Storefront") and *bad87hs Storefront* ("Bad87hs Storefront," together "Defendants") because of their continuous and willful infringement of Plaintiff's U.S. Design Patent No. D594,303 ("the '303 Patent"), and an order restraining Defendant's asset.

Declarations and Memorandum of Law in Support of this Motion and are filed concurrently.

Date: 05/27/2022

Respectfully Submitted:

By /s/ He Cheng
He Cheng
Robin.Cheng@glacier.law
Wei Wang
Wei.Wang@glacier.law
Tao.Liu
Tao.Liu@glacier.law
Glacier Law LLP
200 Park Ave, Suite 1703
New York, NY 10166
Tel: +1 (332) 208-8882
***Attorneys for Plaintiff***

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 27, 2022, this motion, together with the memorandum in support of this motion, and the declaration of Fuliang Tang in support of this motion were served on Defendants via Amazon Buyer-Seller Messaging Service and web posting.

Respectfully Submitted:

Date: 05/27/2022

By /s/ He Cheng
He Cheng

Defendants must respond to Plaintiff's motion not later than **June 30, 2022** and Plaintiff must file its reply not later than **July 14, 2022**. Plaintiff must serve this order on Defendants and note service on the Docket not later than **June 3, 2022**.

SO ORDERED.

5/31/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE