```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAKA RESEARCH INC ,                                            :
                                                               :
                                  Plaintiff,                   :
               -against-                                       :
                                                               :          22-CV-3150 (VEC)
SHENZHEN BALI ELECTRONIC                                       :
TECHNOLOGY CO., LTD. STOREFRONT,                               :              ORDER
AND bad87hs STOREFRONT,                                        :
                                                               :
                                  Defendants.                  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 15, 2022, Defendants moved to transfer this action to the Southern District of Florida pursuant to 28 U.S.C. § 1404(a), *see* Not. of Mot., Dkt. 23;

WHEREAS Defendants seek the transfer in part to "improve the convenience to the parties and witnesses[,]" Defs. Mem., Dkt 24 at 3;

WHEREAS a motion to transfer an action for the convenience of parties and witnesses must be supported by "an affidavit containing detailed factual statements relevant to why the transferee forum is more convenient," *Mod. Computer Corp. v. Ma*, 862 F. Supp. 938, 948 (E.D.N.Y. 1994) (citations omitted); and

WHEREAS Defendants did not submit an affidavit in support of their motion;

IT IS HEREBY ORDERED that Defendants' motion to dismiss and transfer this action is DENIED without prejudice.  The Clerk of Court is respectfully directed to close the open motion at Docket 23.

IT IS FURTHER ORDERED that Defendants must re-file their motion with an appropriate affidavit not later than **September 6, 2022**.  Plaintiff's response in opposition is due not later than **September 20, 2022**.  Defendants' reply is due not later than **September 27, 2022**.

**SO ORDERED.**

Date:  August 24, 2022
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**