USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DAKA RESEARCH INC., :
:
Plaintiff, :
:
-against- :
: 22-CV-3150 (VEC)
:
SHENZHEN BALI ELECTRONIC :
TECHNOLOGY CO., LTD. STOREFRONT, : ORDER
AND BAD87HS STOREFRONT, :
:
Defendants. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 8, 2022, Defendants were ordered to obtain new counsel and have an appearance filed on the record by no later than October 7, 2022, Dkt. 40;

WHEREAS Defendants have not indicated that they obtained new counsel and no counsel has appeared for them to date;

WHEREAS on October 13, 2022, Defendants were ordered to show cause why a default judgment should not be entered against them because entities cannot appear *pro se* no later than Friday, October 28, 2022, Dkt. 42; and

WHEREAS a pre-trial conference is currently scheduled for Friday, October 21, 2022 at 10:00 A.M., Dkt. 34;

IT IS HEREBY ORDERED that the pre-trial conference is adjourned *sine die*.

IT IS FURTHER ORDERED that Plaintiff's counsel serve this Order on Defendants and post proof of service on the Docket not later than **Thursday, October 20, 2022**.

**SO ORDERED.**

Date:  October 18, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**