USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAKA RESEARCH INC.,

                          Plaintiff,

         -against-

                                 22-CV-3150 (VEC)

SHENZHEN BALI ELECTRONIC
TECHNOLOGY CO., LTD. STOREFRONT,        ORDER
AND BAD87HS STOREFRONT,

                       Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 8, 2022, counsel for Shenzhen Bali Electronic Technology Co., Ltd. Storefront, and bad87hs Storefront ("Defendants"), Adam Urbanczyk, Esq., was allowed to withdraw from this case, *see* Dkt. 40;

    WHEREAS Defendants were ordered to obtain new counsel and have an appearance filed on the record by no later than October 7, 2022, *id.*;

    WHEREAS the Court further ordered that if no counsel appeared for Defendants by October 7, 2022, the Court would enter an Order to Show Cause why a default judgment should not be entered against Defendants because entities cannot appear in federal court *pro se*, *id.* (citing *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (all artificial entities, including corporations and partnerships, may only appear in federal court through a licensed attorney));

    WHEREAS on September 9, 2022, Plaintiff served the Court's order on Defendants, Dkt. 41;

    WHEREAS Defendants failed to meet the Court's deadline;

    WHEREAS on October 13, 2022, the Court ordered Defendants to show cause, not later than October 28, 2022, why a default judgment should not be entered against them because entities cannot appear in federal court *pro se*, Dkt. 42;

WHEREAS on October 14, 2022, Plaintiff served the Court's order on Defendants, Dkt. 43; and

WHEREAS no attorney has appeared to represent Defendants and Defendants did not request an extension or otherwise show cause why a default judgment should not be entered against them;

IT IS HEREBY ORDERED that not later than **Monday, November 7, 2022**, Plaintiff must apply for a certificate of default against Defendants. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date:  October 31, 2022
       New York, NY

_____
VALERIE CAPRONI
United States District Judge