USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAKA RESEARCH INC.,                                          :
                                                             :
                             Plaintiff,      :
      -against-                                             :
                                                             :    22-CV-3150 (VEC)
SHENZHEN BALI ELECTRONIC                                     :
TECHNOLOGY CO., LTD. STOREFRONT,                             :    ORDER
AND BAD87HS STOREFRONT,                                      :
                                                             :
                             Defendants.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 22, 2022, counsel for Plaintiff Daka Research, Inc. appeared for a default judgment hearing before the Court;

      IT IS HEREBY ORDERED that for the reasons stated at the hearing, not later than **Friday, December 23, 2022**, Plaintiff must provide evidence in support of any damages it seeks from Defendants by submitting a motion to the Court as set forth in Rule 4 of the Undersigned's local rules of civil practice.

      IT IS FURTHER ORDERED that Plaintiff must serve a copy of this order and its motion, including supporting papers, on Defendants in compliance with the Court's alternative service order, Dkt. 14, not later than **Wednesday, December 28, 2022**.

**SO ORDERED.**

Date:  November 22, 2022                         _____
         New York, NY                             **VALERIE CAPRONI**
                                                          **United States District Judge**