USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAKA RESEARCH INC.,                                            :
                                                               :
                                    Plaintiff,                 :
              -against-                                        :
                                                               :    22-CV-3150 (VEC)
SHENZHEN BALI ELECTRONIC                                       :
TECHNOLOGY CO., LTD. STOREFRONT,                               :    DEFAULT JUDGMENT
AND BAD87HS STOREFRONT,                                        :    ORDER
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on November 22, 2022, the Court entered default judgment against Defendants, *see* Order, Dkt. 56;

   WHEREAS the Court further ordered Plaintiff to provide evidence in support of any damages it seeks from Defendants by submitting a motion to the Court as set forth in Rule 4 of the Undersigned's local rules of civil practice not later than Friday, December 23, 2022, *see* Dkt. 57;

   WHEREAS on December 27, 2022,[1] Plaintiff filed a motion in support of damages (the "Motion") seeking damages in the amount of $897,150, *see* Not. of Mot., Dkt. 58; Mem. in Supp. of Mot., Dkt. 60, at 4;

   WHEREAS on December 27, 2022, Plaintiff served the Motion on Defendants, *see id.*;

   WHEREAS on December 28, 2022, the Court ordered Defendants to file any response to the Motion not later than January 13, 2023, and ordered the parties to appear for a conference regarding damages on January 25, 2023 at 11:00 A.M. (the "Conference"), *see* Dkt. 62;

   WHEREAS on December 28, 2022, Plaintiff served the Court's order on Defendants, *see* Dkt. 63; and

---

[1] The Court *sua sponte* extended Plaintiff's deadline to file a motion for damages. See Order, Dkt. 62.

WHEREAS Defendants did not respond to the Motion or appear at the Conference;

IT IS HEREBY ORDERED that Plaintiff's Motion for default judgment damages is GRANTED.

IT IS FURTHER ORDERED that Plaintiff has a judgment against Defendants in the amount of $897,150.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the case and to terminate the open motions at Dkts. 16 and 58.

**SO ORDERED.**

Date:  **January 25, 2023**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**